LEWIS M. ADAMS, Respondent, v. ACCEPTANCE CORPORATION and Others, Defendants, Impleaded with ROY A. RAINEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of requiring plaintiff to give an undertaking for the further sum of $750. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LEWIS M. ADAMS, Respondent, v. ACCEPTANCE CORPORATION and Others, Defendants, Impleaded with JOHN FARSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANZ MERZ, Appellant, v. DANIEL W. HERRMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

T. REID FRAZEE, Respondent, v. THE NAFRA COMPANY, INC., a New York Corporation, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

T. REID FRAZEE, Respondent, v. THE NAFRA COMPANY, INC., a New York Corporation, Appellant. (Action No. 1.) — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

T. REID FRAZEE, Respondent, v. THE NAFRA COMPANY, INC., a New York Corporation, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

T. REID FRAZEE, Respondent, v. THE NAFRA COMPANY, INC., a New York Corporation, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MORTON H. MORGANSTERN, Respondent, v. PABLO FLOUSSFISCH, Appellant.— Order affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AMERICAN CAN COMPANY, Respondent, v. STEUBEN PRODUCTS Co., INC., and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELSIE FRAZEE, Respondent, v. HARRY H. FRAZEE, Appellant.— Order reversed and motion granted, without costs, on the authority of *Van Valkenburgh v. Van Valkenburgh* (149 App. Div. 482). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEN BIMBERG and Another, Copartners, etc., Respondents, v. CHARLES MORTON BELLAK, Appellant.— Order affirmed, with ten dollars costs and